IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| KENNETH DERRIL EASON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 116-128 |
| KENNETH DERRIL EASON, and KENNETH EASON, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this action without prejudice for failure to timely effect service, and **CLOSES** this civil action.

SO ORDERED this 4th day of January, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA